**Michael R. Totaro     102229**
**Totaro & Shanahan**
P.O. Box 789
Pacific Palisades, CA 90272
(310) 573-0276 (v)
(310) 496-1260 (f)

**Attorneys for Debtor/Debtor in Possession**



FILED & ENTERED

JUN 23 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid        DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:14-bk-13115.ES |
| **Genutec Business Solutions, Inc** | **Chapter 11** |
| Debtor/Debtor in Possession. | ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT IN SUPPORT OF FIRST AMENDED PLAN OF REORGANIZATION AND SETTING CONFIRMATION SCHEDULE |
| | Date:    June 4, 2015
Time:   10:30 a.m.
Ctrm:   5A 411 W. Fourth St. Santa Ana CA |
| | **Plan Confirmation Hearing:** |
| | Date:    August 18, 2015
Time:   10:30 a.m.
Ctrm:   5A 411 W. Fourth St. Santa Ana CA |

   The Original Disclosure Statement in Support of the proposed Original Plan of Reorganization and Original Chapter 11 Plan of Reorganization was filed by Debtor on April 28, 2015; and

   A hearing on the sufficiency of the Second Amended Disclosure Statement was held on June 4, 2015 at 10:30 am in Courtroom 5A of the above entitled court. Appearances are as noted in the record.

At the hearing the Court noted some minor modifications to be made to the Original Disclosure Statement and Original Plan. Counsel for Debtor agreed to make the modifications and file amended documents as requested.

On June 19, 2015 Debtor file its First Amended Disclosure Statement and proposed First Amended Plan as docket numbers 163 and 164 respectively. These documents incorporated the modifications required by the Court at the June 4, 2015 hearing.

Upon review of the First Amended Disclosure Statement with the minor modification noted by the Court, the Court finds the First Amended Disclosure Statement contains sufficient information upon which creditors can rely in voting to accept or reject the Plan. Therefore,

**IT IS ORDERED** that:

1. The First Amended Disclosure Statement filed as Docket No. 163 is approved;

2. The Hearing on Confirmation of the Plan shall be held on August 18, 2015 at 10:30 a.m. in Courtroom 5A of the United States Bankruptcy Court, 411 W. Fourth St., Santa Ana, CA 92701;

3. Debtor is to file and serve this Order, the Approved Disclosure Statement, the Plan and Ballots on all creditors no later than June 26, 2015:

4. Completed Ballots must be received by Debtors' attorney **and** Objections to Confirmation of the Plan must be in writing and must be filed with this Court and served upon Debtor, Debtor's attorney and the United States Trustee no later than July 24, 2015;

///

///

///

5. Debtor must file and serve a Ballot Summary and any Brief in support of confirmation no later than August 7, 2015.

###

Date: June 23, 2015

Erithe Smith
United States Bankruptcy Judge