| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael R. Totaro    102229<br>Totaro & Shanahan<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br>(310) 573-0276 (v)<br>(310) 496-1260 (f)<br>tsecfpacer@aol.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Genutec Business Solutions, Inc.,<br><br><br><br><br>Debtor(s). | CASE NO.: 8:14-bk-13115-ES<br>CHAPTER: 11<br><br>**PLAN BALLOT SUMMARY**<br><br>*(NOTE: The Plan Proponent must file a Plan Ballot Summary at least 1 day prior to the Confirmation Hearing.)*<br><br>DATE: 08/18/2015<br>TIME: 10:30 am<br>COURTROOM: 5A<br>ADDRESS: 411 W, Fourth St.<br>Santa Ana, CA 92701 |
|---|---|

1. Proponent of Plan (*specify name*): Debtor Genutec Business Solutions, Inc.
2. Are there any competing plans filed with the court?    ☐ Yes    ☒ No
3. Is a cramdown requested?    ☐ Yes    ☒ No
4. Unimpaired classes (*specify class numbers*): 1a, 1b, 3b
5. Impaired classes (*specify class numbers*): 3a
6. Has any impaired class approved the Plan?    ☐ Yes    ☐ No
   (*If YES, specify which class or classes*): 3a

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 1    F 3018-2.PLAN.BALLOT.SUMMARY

7. Pursuant to 11 U.S.C. § 1126(c), only the actual ballots cast are counted to determine whether a given class has voted to accept or reject the plan. That section further provides that a class will have accepted the plan if voting creditors in such class holding at least **two-thirds in amount** and more **than one-half in number** have voted to accept the plan.

The following is a summary by creditor class of the ballots that were returned in a timely manner (an example is included on the following page):

| Class | Impaired? | Total number of claims voted by members of class (N) | Number of claims voted in favor of accepting the plan (A) and rejecting the plan (R) | Percentage accepting (A ÷ N) | Aggregate dollar amount of claims voted by members of class (Amt) | Dollar amount of claims voted in favor of accepting the plan (A) and rejecting the plan (R) | Percentage accepting (A ÷ Amt) |
|---|---|---|---|---|---|---|---|
| 1a | N | (N) | (A)<br>(R) | 0.00% | (Amt) | (A)<br>(R) | 0.00% |
| 1b | N | (N) | (A)<br>(R) | 0.00% | (Amt) | (A)<br>(R) | 0.00% |
| 3a | Y | (N) 2 | (A) 2<br>(R) 0 | 100.00% | (Amt) $3,443,702.00 | (A) $ 3,443,702.00<br>(R) $ 0.00 | 100.00% |
| 3B | N | (N) | (A)<br>(R) | 0.00% | (Amt) | (A)<br>(R) | 0.00% |
|  |  | (N) | (A)<br>(R) | 0.00% | (Amt) | (A)<br>(R) | 0.00% |
|  |  | (N) | (A)<br>(R) | 0.00% | (Amt) | (A)<br>(R) | 0.00% |
|  |  | (N) | (A)<br>(R) | 0.00% | (Amt) | (A)<br>(R) | 0.00% |
|  |  | (N) | (A)<br>(R) | 0.00% | (Amt) | (A)<br>(R) | 0.00% |
|  |  | (N) | (A)<br>(R) | 0.00% | (Amt) | (A)<br>(R) | 0.00% |
|  |  | (N) | (A)<br>(R) | 0.00% | (Amt) | (A)<br>(R) | 0.00% |

☐ see attached continuation page

Comments:

Date: 07/28/2015

/s/ Michael R. Totaro
Signature of Debtor, or attorney for Debtor

Michael R. Totaro
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                    Page 2                              F 3018-2.PLAN.BALLOT.SUMMARY

## EXAMPLE OF VOTING SUMMARY TABLE

The following is an example of a voting summary for an individual debtor's plan:

| Class | Impaired? | Number | | | Amount | | |
|---|---|---|---|---|---|---|---|
| | | Total number of claims voted by members of class (N) | Number of claims voted in favor of accepting the plan (A) and rejecting the plan (R) | Percentage accepting (A ÷ N) | Aggregate dollar amount of claims voted by members of class (Amt) | Dollar amount of claims voted in favor of accepting the plan (A) and rejecting the plan (R) | Percentage accepting (A ÷ Amt) |
| Class 1(a) | No | (N) | (A)<br>(R) | | (Amt) | (A)<br>(R) | |
| Class 1(b) | Yes | (N) 1 | (A) 1<br>(R) 0 | 100% | (Amt) $52,767.98 | (A) $52,767.98<br>(R) $0.00 | 100% |
| Class 2(a) | Yes | (N) 0 | (A)<br>(R) | | (Amt) | (A)<br>(R) | |
| Class 2(b) | Yes | (N) 1 | (A) 0<br>(R) 1 | 0% | (Amt) $469,756.40 | (A) $0.00<br>(R) $469,756.40 | 0% |
| Class 3 | No | (N) | (A)<br>(R) | | (Amt) | (A)<br>(R) | |
| Class 4 | Yes | (N) 11 | (A) 7<br>(R) 4 | 63.6% | (Amt) $12,536.84 | (A) $7,511.10<br>(R) $5,025.74 | 59.9% |
| Class 5 | No | (N) | (A)<br>(R) | | (Amt) | (A)<br>(R) | |
| | | (N) | (A)<br>(R) | | (Amt) | (A)<br>(R) | |
| | | (N) | (A)<br>(R) | | (Amt) | (A)<br>(R) | |
| | | (N) | (A)<br>(R) | | (Amt) | (A)<br>(R) | |

Comments: XYZ's vote in Class 4 to reject the plan was not counted because it was returned untimely on 1/14/14.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 3    F 3018-2.PLAN.BALLOT.SUMMARY

# Class 3A

07/23/2015 12:44 FAX   213 243 2539   JONES DAY                              ☒003/005

Form B14 - (Rev. 7/98)                                              1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Erin N. Brady (215038)<br>JONES DAY<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90017<br>213-489-3939  Email: enbrady@jonesday.com<br>Attorney for Plan Proponent | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 11<br>CASE NO 8:15-bk-13115-ES |
|---|---|
| In re<br><br>Genutec Solutions, Inc.<br>                                    Debtor | Date:  August 18, 2015<br>Time:  10:30 a.m.<br>Ctrm.  5A 411 W. Fourth St Santa Ana, CA |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

1. Proponent of Plan Genutec Solutions, Inc. has filed a Proposed First Amended Plan of Reorganization ("Plan") on – June 19, 2015 for the Debtor in this case. By this ballot you will vote to accept or reject this Plan.

2. The Court has approved the Disclosure Statement with respect to the Plan. The Disclosure Statement provides Information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the proponent or proponent's attorney at the address set forth above. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

3. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

   Your [check one box only]  X  **claim** has been placed in **Class 3A** under the Plan. If you hold claim(s) or equity interest(s) in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

4. If your ballot is not received by the proponent's attorney or other party [insert other party's name and address] _____ on or before July 24, 2015 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan, unless the Judge otherwise determines that a non-vote will be treated as a rejection of the plan.

5. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below that describes your claim or equity interest [select only one]:

X  6.1   The undersigned is the holder of a **Class** __3A__  [check one] __ secured  ___ priority  x **unsecured nonpriority** claim against the Debtor in the unpaid amount of See Attached Schedule

☐  6.2   The undersigned is the holder of a **Class** ____ [check one] __ **bond** __ **debenture** __ **debt security** claim against the Debtor, consisting of $_____, principal amount of [describe bond, debenture, or other debt security] _____ of the Debtor. (For purposes of this Ballot, you should not adjust the principal amount for any accrued or unmatured interest.)

☐  6.3   The undersigned is the holder of a **Class** _____ equity interest in the Debtor, consisting of [number of shares] _____ or other interests [describe equity interest] _____ in the Debtor.

                    Other Classes:          __ See Attached Continuation Page

                                    Class 3A
                                       5

Rev. 7/98                                                                    FORM B14

Form B14 (Continued) - (Rev. 7/98)　　　　　　　　　　　　　　　　　　　　　　　　1998 USBC, Central District of California

Ballot for Accepting or Rejecting Plan - Page Two of Three

| In re: Genutec | Chapter 11 | Case No: 8:15-bk-13115-ES |
|---|---|---|
| | Debtor. | |

7. **The undersigned** [check one box only]:

　☒ **ACCEPTS THE PLAN**　　　　　☐ **REJECTS THE PLAN**

Dated: July 22, 2015

　Name [Print or type]:　Erin N. Brady
　Signature:　[signed]
　Title [if corporation or partnership]:　Counsel for Lawnae Hunter
　Address:　Jones Day
　　　　　555 S. Flower Street, 50th Floor
　　　　　Los Angeles, CA 90017
　Telephone No.:　213-243-2407
　Fax No.:　213-243-2539

**RETURN THIS BALLOT TO:**

[Type in name and address of proponent's attorney or other appropriate party]

Michael R. Totaro
Totaro & Shanahan
P.O. Box 789
Pacific Palisades, CA 90272

**Ballots may be submitted by email of fax**

Email to Mtotaro@aol.com or Fax to 310 496 1260

**Be sure to fax or email both pages**

Creditor: Hunter　　　　　Class: 3A　　　　　Claim: See Attached Schedule

Rev. 7/98　　　　　　　　　　CLASS 3A　　　　　　　　　　FORM B14

6

**Alternative 1:**

This alternative is triggered by Debtor's ability to obtain financing on or before the Effective Date of the Plan. If Debtor should obtain such financing and is able to make a lump sum payment, then on the Effective Date (the 30th day after the signed order confirming the Chapter 11 Plan) Debtor will make a payment of $750,000.00 to be distributed to Hunter and Taus pro-rata for their undisputed allowed claims which is 20.8%. Merrill will also receive a lump sum payment of 20.8% of its claim which comes to $32,116.98. Following this distribution Debtor will be permitted to file for a final decree, discharge and closure.

**Alternative 2:**

This alternative is triggered by Debtor's inability to pay the $750,000 on the Effective Date. If Debtor cannot obtain the financing to fund a lump sum payment on the Effective Date, Debtor will pay the unsecured creditors $1,251,600.00 over 8 years at $12,500.00 a month with a balloon payment of $51,600 at the end of year 8. All payments to be paid pro-rata according to the above percentages. Under this alternative, including the balloon payment Hunter would receive $809,284.56. Taus would receive $388,496.64. Merrill would receive $53,818.80. Payments are to begin on the Effective Date. (The 30th day after the signed order confirming the Chapter 11 Plan).

**Alternative 3:**

As an incentive to pay the debt early, Debtor and Creditors Taus and Hunter, who control the voting class, have agreed to a schedule of discounts if Debtor is able to accomplish an early pay-off of the debt. If during any of the years following confirmation, Debtor pays the remaining balance in full the following discounts will apply:

Year 1: 25%

Year 2: 22%

Year 3: 19%

Year 4: 16%

Year 5: 13%

Year 6: 10%

Year 7: 7%

CLASS 3A

7

Form B14 - (Rev. 7/98)                                                                  1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jimmy C. Taus (Cal Bar #200312)<br>Law Offices of Jimmy C. Taus, APC<br>1999 Ave Of The Stars, Suite 1100<br>Los Angeles, CA 90067<br>jimmy@tauslaw.com<br>Tel. 424-246-8287  Fax 310-861-1811<br>Attorney for Creditor Michael Taus | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 11<br>CASE NO 8:15-bk-13115-ES |
|---|---|
| In re<br><br>Genutec Solutions, Inc.<br><br>                                  Debtor | Date:  August 18, 2015<br>Time:  10:30 a.m.<br>Ctrm.  5A 411 W. Fourth St Santa Ana, CA |

## SAMPLE BALLOT FOR ACCEPTING OR REJECTING PLAN

1. Proponent of Plan Genutec Solutions, Inc. has filed a Proposed First Amended Plan of Reorganization ("Plan") on – June 19, 2015 for the Debtor in this case. By this ballot you will vote to accept or reject this Plan.

2. The Court has approved the Disclosure Statement with respect to the Plan. The Disclosure Statement provides Information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the proponent or proponent's attorney at the address set forth above. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

3. You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

   Your [check one box only]  X **claim** has been placed in **Class 3A** under the Plan. If you hold claim(s) or equity interest(s) in more than one Class, you will receive a ballot for each Class in which you are entitled to vote.

4. If your ballot is not received by the proponent's attorney or other party [insert other party's name and address] _____ on or before July 24, 2015 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan, unless the Judge otherwise determines that a non-vote will be treated as a rejection of the plan.

5. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below that describes your claim or equity interest [select only one]:

X  6.1  The undersigned is the holder of a **Class** __3A__    [check one]  __ **secured**  __ **priority**  x **unsecured nonpriority** claim against the Debtor in the unpaid amount of See Attached Schedule

☐  6.2  The undersigned is the holder of a **Class** ___    [check one] – **bond**  _ **debenture**  _ **debt security** claim against the Debtor, consisting of $_____, principal amount of [describe bond, debenture, or other debt security] _____ of the Debtor. (For purposes of this Ballot, you should not adjust the principal amount for any accrued or unmatured interest.)

☐  6.3  The undersigned is the holder of a **Class** ___ equity interest in the Debtor, consisting of [number of shares] _____ or other interests [describe equity interest] _____in the Debtor.

                                        Other Classes:         _ See Attached Continuation Page

Class 3A

8

Rev. 7/98                                                                                    **FORM   B14**

Form B14 (Continued) - (Rev. 7/98)　　　　　　　　　　　　　　　　　　　　　　　1998 USBC, Central District of California

Ballot for Accepting or Rejecting Plan - Page Two of Three

|  | Chapter 11 |  |
|---|---|---|
| In re: Genutec | Debtor. | Case No: 8:15-bk-13115-ES |

7. **The undersigned** [check one box only]:

☐ ACCEPTS THE PLAN    ☐ REJECTS THE PLAN

Dated: July 22, 2015

Name [Print or type]: Jimmy C. Taus, Esq.

Signature: _____

Title [if corporation or partnership]: Attorney for Creditor Michael Taus

Address: 1999 Ave Of The Stars, Suite 1100

Los Angeles, CA 90067

Telephone No.: 424-246-8287

Fax No.: 310-861-1811

**RETURN THIS BALLOT TO:**

[Type in name and address of proponent's attorney or other appropriate party]

Michael R. Totaro
Totaro & Shanahan
P.O. Box 789
Pacific Palisades, CA 90272

**Ballots may be submitted by email of fax**

**Email to Mtotaro@aol.com or Fax to 310 496 1260**

**Be sure to fax or email both pages**

Creditor: Taus　　　　Class: 3A　　　　Claim: See Attached Schedule

CLASS 3A

9

Rev. 7/98　　　　　　　　　　　　　　　　　　　　　　　　　　　　FORM B14

**Alternative 1:**

This alternative is triggered by Debtor's ability to obtain financing on or before the Effective Date of the Plan. If Debtor should obtain such financing and is able to make a lump sum payment, then on the Effective Date (the 30th day after the signed order confirming the Chapter 11 Plan) Debtor will make a payment of $750,000.00 to be distributed to Hunter and Taus pro-rata for their undisputed allowed claims which is 20.8%. Merrill will also receive a lump sum payment of 20.8% of its claim which comes to $32,116.98. Following this distribution Debtor will be permitted to file for a final decree, discharge and closure.

**Alternative 2:**

This alternative is triggered by Debtor's inability to pay the $750,000 on the Effective Date. If Debtor cannot obtain the financing to fund a lump sum payment on the Effective Date, Debtor will pay the unsecured creditors $1,251,600.00 over 8 years at $12,500.00 a month with a balloon payment of $51,600 at the end of year 8. All payments to be paid pro-rata according to the above percentages. Under this alternative, including the balloon payment Hunter would receive $809,284.56. Taus would receive $388,496.64. Merrill would receive $53,818.80. Payments are to begin on the Effective Date. (The 30th day after the signed order confirming the Chapter 11 Plan).

**Alternative 3:**

As an incentive to pay the debt early, Debtor and Creditors Taus and Hunter, who control the voting class, have agreed to a schedule of discounts if Debtor is able to accomplish an early pay-off of the debt. If during any of the years following confirmation, Debtor pays the remaining balance in full the following discounts will apply:

Year 1: 25%

Year 2: 22%

Year 3: 19%

Year 4: 16%

Year 5: 13%

Year 6: 10%

Year 7: 7%

CLASS 3A

10

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
P.O. Box 789, Pacific Palisades, CA 90272

A true and correct copy of the foregoing document entitled: **PLAN BALLOT SUMMARY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/04/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/04/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe A Smith, United States Bankruptcy Judge, 411 W Fourth St., Ctrm 5A, Santa Ana, CA 92701
Genutec Business Solutions, Inc. 23046 Avenida de la Carlota, #600, Laguna Hills, CA 92653

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/04/2015 | Michael R. Totaro | /s/ Michael R. Totaro |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 11    F 3018-2.PLAN.BALLOT.SUMMARY

1. By Nef

    Candice Bryner    candice@brynerlaw.com
    Paul R. Glassman    pglassman@sycr.com
    Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
    Marianne S Mortimer    mmortimer@sycr.com
    Gary A Pemberton    gpemberton@shbllp.com, hdillion@shbllp.com;tlenz@shbllp.com
    Leonard M Shulman    lshulman@shbllp.com
    Jimmy C Taus    jimmy@tauslaw.com, jimmytaus@gmail.com
    Michael R Totaro    tsecfpacer@aol.com
    United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

2. By Mail

    **Acounting Resource Solutions**
    11400 Wes Olympic Blvd. #200
    Los Angeles, CA 90064

    **BDC Partners, LL**
    8 South Shore Dr. #255
    Grennwich, CT 06830

    **Lawnae Hunter**
    c/o Jones Day
    attn: Paul Rafferty
    3161 Michelson Dr #800
    Irvine, CA 92612

    **Merrill Communications, LLC**
    attn: Leif Simpson
    One Merrill Circle
    St. Paul, MN 55108

    **Merrill Corporation**
    2603 Main St. 3100
    Irvine, CA 92614

    **Michael Taus**
    c/o Law Offices of Jimmy C. Taus
    1999 Avenue of the Stars #1100
    Los Angeles, CA 90067

    **Offices of Jimmy C. Taus**
    1999 Avenue of the Stars #1100
    Los Angeles, CA 90067

**Orcale USA, Inc.**
P.O. Box 44471
San Francisoco, CA 94144

**Rapid Notify, Inc.**
23046 Avenida de la Carlota #600
Laguna Hills, CA 92653

**Seaview Mezzanine Fund LP**
260 Madison Ave. 8th Fl
New York, NY 10016

**Stonefield Josephson, Inc.**
4 Park Plaza #900
Irvine, CA 92604

**Stradling, Yocca Carlson & Rauth**
660 Newport Center Dr. #1600
Newport Beach, CA 92660

**Tax Group, LP**
633 W. 5th St. #2800
Los Angeles, CA 90071

**TICC Capital Corp.**
8 Sound Shore Dr. #255
Greenwich, CT 06830