**Michael R. Totaro     102229**
**Totaro & Shanahan**
**P.O. Box 789**
**Pacific Palisades, CA 90272**
**(310) 573-0276 (v)**
**(310) 496-1260 (f)**

**Attorneys for Debtor/Debtor in Possession**

FILED & ENTERED

AUG 26 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re

Genutec Business Solutions, Inc,

Debtor/Debtor in Possession.

Case No. 8:14-bk-13115-ES

Chapter 11

ORDER CONFIRMING DEBTOR'S FIRST AMENDED  CHAPTER 11 PLAN OF REORGANIZATION

Date:    August 18,  2015
Time:    10:00 a.m.
Ctrm:    5A

On June 19, 2015 Debtor and Debtor in Possession Genutec Business Solutions, Inc. ("Debtor") filed the First Amended Disclosure Statement ("Disclosure Statement ") and First Amended Chapter 11 Plan ("the Plan") as Docket Nos. 163 and 164 respectively.

On June 23, 2015 the Court entered an Order Approving the Disclosure Statement as Docket No. 166. Debtor served the Order with a Notice of Hearing and Proof of Service of the Confirmation Packet on June 26, 2015 as Docket No. 168.

Debtor filed a Plan Ballot Summary on August 3, 2015 as Docket No. 170 and a Confirmation Brief on August 4, 2014 as Docket No. 171. There were no briefs filed in opposition to confirmation.

A hearing on the confirmation of the Debtor's Plan was held on August 18, 2015 at 10:30 am in Courtroom 5A of the above entitled Court located at 411 W. Fourth St., Santa

1

Ana, CA 92701. Appearances are noted in the record.

The Court considered the Plan, the Ballot Summary, the Ballots, the Brief in Support of Confirmation submitted by Debtor and the relevant pleadings filed in this case. The Court finds the Disclosure Statement and Plan were properly transmitted to all creditors and other parties in interest along with a Notice of the hearing and Order Approving the Disclosure Statement.

The Court further finds the Plan meets all requirements under 11 U.S.C. § 1129 for Plan confirmation in a Chapter 11 case as a consensual plan.

Therefore:

**IT IS ORDERED** that the Plan filed by Debtor on June 19, 2015 as Docket No. 164 is confirmed. Copies of this Confirmed Plan are to be served with this Order.

**IT IS FURTHER ORDERED** that a Post-Confirmation status conference will be held on February 18, 2015 at 10:30 a.m. in Courtroom 5A of the above-entitled court located at 411 W. Fourth St., Santa Ana, CA 92701. Debtor's status report is to be filed by February 4, 2016. Debtor is excused from filing post confirmation status reports every 120 days per Local Rules.

####

Date: August 26, 2015

Erithe Smith
United States Bankruptcy Judge