# United States Bankruptcy Court
## Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

**DEBTOR(S) INFORMATION:**
Genutec Businesss Solutions, Inc.
**SSN:** N/A
**EIN:** 81−0481368

23046 Avenida de la Carlota #600
Laguna Hills, CA 92653

**BANKRUPTCY NO.** 8:14−bk−13115−ES
**CHAPTER** 11

Notice is hereby given of the entry of an order of this Court confirming a Plan of Reorganization. A copy of the order and the plan itself are contained in the Court file located at the address listed herein.

FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION

Dated: August 26, 2015

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntc11pln rev. 5/96) VAN−50

**179 / STE**